STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII    CR00-00047 ACK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. _____ |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 841] |
| JUAN M. MEDINA, JR., | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about January 18, 2000, in the District of Hawaii, JUAN M. MEDINA, JR. did knowingly and intentionally possess, with intent to distribute, in excess of fifty (50) grams of Methamphetamine, a Schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, Feb. 2, 2000.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Juan M. Medina, Jr.
"Indictment"
Cr. No. _____

2